The State ex rel. Teasdale v. Smith.

---

THE STATE *ex rel.* TEASDALE, *Assignee,* v. SMITH *et al.,* *Judges of Kansas City Court of Appeals.*

1. **Certiorari:** JURISDICTION: PRACTICE. *Certiorari,* under constitutional provisions, is strictly the common-law writ of that name and only brings up the record of the court to which it is issued and reaches only errors or defects appearing on the face of such record and which are jurisdictional in their nature.

2. ———: ———: ———. The writ of *certiorari* will not issue from the supreme court to the Kansas City court of appeals in a case of which the latter court has jurisdiction.

*Certiorari.*

WRIT DENIED.

*Johnson & Lucas* and *T. A. Frank. Jones* for relator.

SHERWOOD, J.—This is an application for a writ of *certiorari* directed to the judges of the Kansas City court of appeals.

This writ, under constitutional provisions, is strictly the common-law writ of that name ; it only brings up the record, and can only reach errors or defects which appear on the face of the record of the tribunal to which it is issued, and which are jurisdictional in their nature. *Railroad v. State Board*, 64 Mo. 294. As the Kansas City court of appeals confessedly had jurisdiction this must prevent the issuance of the writ prayed for, and it is denied. All concur.